UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAR 1 4 2006

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

RESEARCH PLASTICS, INC.,
a foreign Corporation,

Plaintiff,

v

FEDERAL PACKAGING CORP.,
an Ohio Corporation,

Defendants.

Case No. 98-73544
Honorable Avern Cohn
Honorable Paul J. Komives

| | |
|---|---|
| CARLSON, GASKEY & OLDS P.C.<br>Theodore W. Olds, III (P42004)<br>Thomas M. McGuire (P17432)<br>Attorneys for Plaintiff Research Plastics, Inc.<br>400 W. Maple, Ste. 350<br>Birmingham, MI 48009<br>(248) 988-8360 | WARN, HOFFMAN, MILLER & LALONE<br>Richard W. Hoffmann (P42352)<br>Attorneys for Defendant<br>691 North Squirrel, Ste. 140<br>Auburn Hills, MI 48326<br>(248) 364-4300 |

## JOINT FINAL PRETRIAL ORDER

### JURISDICTION

This suit arises under the patent laws of the United States, 35 U.S.C. §1, *et seq.*  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1338.  Personal jurisdiction and venue are proper in this Court.  Jurisdiction and venue are not contested.

### PLAINTIFF'S CLAIMS

1.     Federal Packaging Corporation ("Federal") infringes Research Plastics, Inc., ("Research"), United States Patent No. 5,628,433 ("the '433 Patent"), which was issued by the United States Patent Office on May 13, 1997.  Federal infringes at least the representative claim 10 of the '433 Patent.  Federal has made two caulking tubes that infringe the '433 patent.  First, the so-called "old style" rib tube literally infringes the '433 patent and/or infringes under the doctrine of equivalents.  The "new style" rib tube infringes the '433 patent claim 10 under the doctrine of equivalents.

2.      Federal also infringes Research's United States Patent 5,749,499.  The old style tube literally infringes the '499 patent, while the new style tube does not infringe the '499 patent.

3.      Research is entitled to either its lost profits or a reasonable royalty for this infringement.

4.      Federal's infringement of Research's patents was willful.

5.      Federal also made sales of a non-infringing tube, after utilizing the infringing old style tube to convince a customer (Coronado Labs) to purchase Federal's ribless tubes.  Research is entitled to lost profits at least for the first year of sales of those tubes.

6.      Also, by selling the infringing tubes in competition with Research, and without paying any royalty, Federal has caused Research's price to erode in the marketplace.  Research is entitled to its lost profits due to this price erosion.

7.      Research is entitled to increased damages and attorneys' fees under 35 USC §284 for Federal's willful infringement.


### DEFENDANT'S CLAIMS

A.      The new style tubes cannot infringe the '433 patent under the doctrine of equivalents.  The Federal Circuit Court of Appeals has conclusively stated that Research is precluded from attempting to apply the doctrine of equivalents to the '433 patent.

B.      Research cannot show that the old style tube literally infringes the '433 patent.

C.      Both of the '433 and '499 patents are invalid under one or both of 35 U.S.C. §102 and §103 in view of the prior art references set forth in Federal's Second Supplemental Notice of Evidence under 35 U.S.C. §282 and prior fluent tubes sold by Federal and prior fluent tubes from Seal-Right.

D.      The '433 and '499 patents are also invalid under 35 U.S.C. §112 for failing to provide an enabling disclosure and/or are indefinite.

2

E.      The '433 and '499 patents are invalid under 35 U.S.C. §112 for failing to disclose the best mode.

F.      The '433 and '499 patents are invalid under 35 U.S.C. §112 for failing to particularly point out and distinctly claim that which the inventor regards as his invention.

G.      Defendant Federal claims that this is an exceptional case and is entitled to its attorney fees pursuant to 35 U.S.C. §285.

## STIPULATED FACTS

The parties stipulate to the following uncontested facts:

1.      United States Patent No. 5,628,433 was issued by the United States Patent Office on May 13, 1997

2.      Patent No. 5,749,499 was issued by the United States Patent Office on May 12, 1998.

3.      These patents are owned by assignment by Plaintiff, Research, who has exclusive right to bring the suit for infringement of those patents.

4.      Defendant, Federal, manufactures and sells injected molded plastic cartridges for fluent materials.

5.      The United States Court of Appeals for the Federal Circuit has ruled on the proper meaning of the claim 10 in the '433 patent.

6.      Under the claim interpretation set forth by the Federal Circuit of claim 10 in the '433 patent, the new style rib does not literally infringe claim 10.

7.      Federal's first old style tube included a chamfer angle.

8.      At least one company (Sunoco) makes caulking tubes without a chamfer angle.

9.      Research's tubes with ribs have always had a chamfer angle.

10.     Research knew that it wanted to stop its rib above the expected fill of the tube.

3

11.    The asserted claims recite dimensional relationships between the area of the ribs and the area of the tube.

12.    The inventor believed his invention was to provide an air escape structure to allow air to escape out of the tube.

## CONTESTED ISSUES OF FACT

Plaintiff's Contested Issues of Fact

1.    Whether, under the claim interpretation set forth by the Federal Circuit, the old style tube rib literally infringes claim 10 of the '433 patent.

2.    Whether Federal can prove that even one of the old style tubes did not literally infringe claim 10 of the '433 patent as the combination of tolerances would allow it to be outside of the claimed range for the size of its rib.

3.    Whether Federal's new style tube infringes claim 10 of the '433 patent under the doctrine of equivalents.  This would involve the expansion of clause 4 to find that there could be additional plastic beyond the end of the rib in the new style tube.

4.    Whether Federal has willfully infringed the '433 patent.

5.    Whether Federal has willfully infringed the '499 patent.

6.    Whether Research has suffered any damage as a result of Federal's infringement of the '433 patent.

7.    Whether Research has suffered any damage as a result of Federal's infringement of the '499 patent.

8.    The amount of damage suffered by Research as a result of Federal's infringement.

9.    Whether Research would have sold tubes to the customers supplied by Federal during the time Federal was selling the old style tube "but for" the infringement by Federal.

10.    Whether Research would have sold tubes to the customers supplied by Federal during the time Federal was selling the new style tube "but for" the infringement by Federal.

4

11.     Whether without Federal's use of the old style rib tubes to gain the production contract for supply of Coronado Research would have supplied the tubes to Coronado.

12.     Whether Federal's infringement of the '433 and/or '499 patent caused the price that Research could obtain for its tubes to erode by some amount.

13.     Whether any of the prior art references that Federal argues renders the claims of the '433 and '499 patents obvious were closer to the claims of the '433 and '499 patents than was the prior art found by the examiner of the patents in the United States  Patent and Trademark Office.

14.     Is there any suggestion found in the prior art to modify the various references relied upon by Federal such that they can meet the claims of the '433 and/or '499 patent.

15.     Whether there is evidence of non-obviousness.

16.     Whether Frank Foster, Federal's counsel, told Federal's president, Norm Pfeiffer that the old style tube literally infringed the '433 patent claims.

17.     Whether at all times relevant to this lawsuit, Research had the capacity to supply the additional caulking tubes in the amount to be substituted for those being manufactured and sold by Federal.


Defendant's Contested Issues Of Fact

A.      Whether Research can prove any of the old style tubes infringe claim 10 of the '433 patent.

B.      Whether the prior art references relied upon by Federal to support its contentions that claims of the '433 patent and '499 patent are invalid for obviousness are analogous prior art to the '433 and '499 patents.

C.      What is the scope and content of the analogous prior art that Federal contends the claims of the '433 and '499 patents invalid for obviousness.

D.      What is the difference between the claims and the prior art references that Federal alleges renders the claims obvious.

5

E.      What is the level of skill in the art.

F.      Whether the '433 and/or '499 patents are anticipated by any of the prior art references or devices under 35 U.S.C. §102.

G.      Whether, at the time of filing the '433 and/or '499 applications, the inventor possessed a best mode for practicing the invention.

H.      Whether the written description discloses the best mode such that one reasonably skilled in the art could produce it.

I.      Whether the '433 and/or '499 applications when filed: (1) contained a written description of the invention; (2) sufficiently clear and complete to enable; (3) one of ordinary skill in the art to make and use the invention; (4) as claimed; (5) without undue experimentation.

J.      Whether those skilled in the art can understand what is claimed or the scope of what is claimed when read in light of the specification.

K.      Whether the '433 or '499 patents claim subject matter that the applicant does not regard as his invention.

## CONTESTED ISSUES OF LAW

Plaintiff's Contested Issues of Law

1.      Whether the Court should enjoin Federal from making, using, selling, offering for sale or importing into the United States, any caulking tube having the infringing rib designs.

2.      Whether attorneys' fees should be awarded to Research pursuant to 35 USC § 285.

3.      Whether the damages awarded Research should be increased up to three times the amount found or assesses, and if so, how much.

6

Defendant's Contested Issues Of Law

A.    Whether any claims of the '433 and/or '499 patents are invalid under 35 U.S.C. §103.

B.    Whether any claims of the '433 and/or '499 patents are invalid under 35 U.S.C. §112

for:

    (1)    being indefinite;

    (2)    having a non-enabling disclosure;

    (3)    failing to set forth the best mode; and/or

    (4)    failing to particularly point out and distinctly claim the subject matter the applicant regards as his invention.

C.    Whether attorney fees should be awarded to Federal pursuant to 35 U.S.C. §285.

## EVIDENCE PROBLEMS LIKELY TO ARISE AT TRIAL

Plaintiff's Statement of Evidentiary Issues Likely to Arise at Trial

1.    Federal appears likely to argue that some of its old style tubes may have been outside of the scope of claim 10 of the '433 patent by relying upon a possible alignment of several tolerances that would bring the size of the rib outside of the claim range. Research objects to this evidence. There is no evidence at all that even one tube might have fallen into this alignment of the three tolerances.

2.    Whether the parties may elicit testimony from an expert regarding Patent Office procedure.

3.    Whether Federal's expert witness, Joseph Burgess, should be allowed to testify on Patent Office procedure, on any issue with regard to infringement, and on any issue with regard to validity of the patents-in-suit. He lacks apparent basis in the tube manufacturing art, and was never a patent examiner.

Defendant's Statement of Evidentiary Issues Likely To Arise At Trial

7

A.      Research is attempting to argue that the new style tube infringes under the doctrine of equivalents.  But, the Federal Circuit has conclusively ruled that Research is precluded from arguing doctrine of equivalents.  All evidence of infringement under the doctrine of equivalents of the '433 patent should be excluded.

B.      Research is attempting to shift its burden of proving infringement of the '433 patent to Federal.  This is improper.

C.      Research is attempting to present damages for tubes including the new style and ribless tubes which do not infringe either the '433 or '499 patents.  This evidence should be excluded.

D.      Research is attempting to change its damages theory belatedly.  Such belated submission of a new damage theory is prejudicial to Federal and should be excluded.

## WITNESSES LISTS

**Plaintiff's Witness List**

**Will Call:**

1.  David Binder;

2.  Fred Binder;

3.  Mark E. Bamberger (in person or by deposition);

4.  J. Thomas Elston (in person or by Deposition);

5.  Frank H. Foster (in person or by Deposition);

6.  Norman Pfeifer (in person or by deposition);

**May Call:**

7.  Andrew C. McGowan (in person or by Deposition);

8

8. All witnesses necessary for rebuttal.

**Plaintiff's Expert Witnesses**

1. John Sase;

2. Richard Grauer.

<u>Objections</u>

Research reserves the right to object to deposition testimony subsequently designated by Federal for admission at trial.


**Defendant's Witness List**

**Defendant's Expert Witnesses**

<u>Defendant's Witness List</u>

| Will call: | A. | Norman Pfeifer | |
|---|---|---|---|
| | B. | J. Thomas Elston | |
| | C. | Frederick Binder | (live or by deposition) |
| May call: | D. | David Binder | (live or by deposition) |
| | E. | Mark E. Bamberger | (live or by deposition) |
| | F. | Frank Foster | (live or by deposition) |
| | G. | Andrew McGowan | (live or by deposition) |
| | H. | Loren Plotkin | (by deposition) |

H. All witnesses necessary for rebuttal
I. Any person named on Plaintiff's list


<u>Defendant's Expert Witness List</u>

A. Joseph G. Burgess
B. Bruce Correll

Objections

Federal reserves the right to object to deposition testimony subsequently designated by Research for admission at trial.

## EXHIBITS

The parties will continue to review this list and pare off redundant exhibits.  It is expected a smaller listing of exhibits can be provided to the court by Thursday or Friday of this week.

## Research Plastics Exhibits [Defendant's Objections are Listed in Brackets]

1.  06/19/1990 United States Patent No. 4,934,570 (Dep. Exhibit #2)

2.  05/03/1988 Kardon Industries, Inc. Concept Generation Design Categories List (Dep. Exhibit #17)  [Hearsay; relevance]

3.  03/14/1994 Letter from Andrew C. McGowan to Mark E. Bamberger, re: Baltimore Trip – Plastic Cartridge Trial (Dep. Exhibit #19)

4.  01/08/1997 Memorandum from Andrew C. McGowan to Jim Marquis, re: Gibson Hohmans, visit to California (Dep. Exhibit #24)

5.  06/09/1992 drawings for One Piece Molded Caulk Tube, Federal Packaging Corporation (Dep. Exhibit #25)

6.  01/08/1997 drawings for Caulk Tube Core, AMP Incorporated (Dep. Exhibit #26)

7.  05/13/1997 United States Patent No. 5,628,433 (Dep. Exhibit #27)

8.  05/12/1998 United States Patent No. 5,749,499 (Dep. Exhibit #28)

9.  06/11/1997 Letter from Frank H. Foster to Theodore W. Olds, re: United States Patent 5,628,433 (dep. Exhibit #29)

10. Research Plastic, Inc. brochure for "Self-Burping" Tube (full color) (Dep. Exhibit #30)

11. 01/15/1999 Memorandum from Andrew C. McGowan to Norman Pfeifer, re: Research Interrogatories (Dep. Exhibit #31) [Hearsay]

10

12. 06/12/1986 Letter from J. Thomas Elston to Roy Brewster, re: McCormick Plastic Top Can (Dep. Exhibit #38)

13. 06/12/1986 Letter from J. Thomas Elston to Mark Bamberger, re: McCormick Plastic Tops and Plunger (Dep. Exhibit #39)

14. DeLorenzo, Josephine A. "New Tube Design Improves Productivity", *Adhesives & Sealants Industry*, June/July 1998, p.52-53 (Dep. Exhibit #40)

15. 12/31/1998 Federal Packaging Corporation Profit & Loss Statements (Dep. Exhibit # 41)

16. 02/05/1997 Letter from Andrew C. McGowan to Bob Uniack (Dep. Exhibit #42)

17. 04/01/1998 Letter from Norman Pfeifer to Frederick Binder, re: exploring future business opportunities between Federal Packaging Corporation and Research Plastics, Inc. and the acquisition of Research Plastics, Inc. by Federal Packaging Corporation. (Dep. Exhibit #43)  [Hearsay; relevance and prejudicial]

18. 06/09/1998 Letter from Norman Pfeifer to David Binder, re: Federal Packaging states they do not believe they have infringed upon Research Plastics, Inc. patents. (Dep. Exhibit #44)

19. 10/29/1998 Letter from Frank H. Foster to Theodore W. Olds, re: reply to request for number of injected, molded, plastic cartridges that were sold. (Dep. Exhibit #45)

20. 06/10/1997 Memorandum from Andrew C. McGowan to Norman Pfeifer, re: confirmation of conversation on 06/09/1997 (Dep. Exhibit #46)

21. 06/11/1997 Facsimile from David Binder to Loren Plotkin, re: notification of obtaining patent for #1040 Self-Burping Tube (Dep. Exhibit # 47)

22. 08/20/1998 Letter from Frank H. Foster to Norman Pfeifer, re: advisement to eliminated ribs so as to not infringe on patent; 06/29/1998 Letter from Frank H. Foster to Mark Bamberger, re: review of tube with shortened ribs; 06/26/1998 Letter from Frank H. Foster to Mark Bamberger, re: review of sample tubes; 06/24/1998 Letter from Mark Bamberger to Frank H. Foster, re: sample tubes; 05/29/1998 Letter from Frank H. Foster to Mark Bamberger, re: response to facsimile of May 28, 1998; 05/28/1998 Facsimile from Mark Bamberger to Frank Foster, re: hand drawings of changes to tube. (Dep. Exhibit #49)  [Hearsay; relevance]

23. 05/04/1999 Notice of Taking Deposition of Mark E. Bamberger (Dep. Exhibit #50) [Relevance]

24. 05/24/1999 Notice of Deposition of Defendant Federal Packaging Corporation Pursuant to Rule 30 (B)(6) (Dep. Exhibit #51)  [Relevance]

25. 05/29/1992 Plastic Cartridge Meeting Agenda (Dep. Exhibit #52) [Relevance]

26. 05/30/1997 Facsimile from Norm Pfeifer to FPC Georgetown, re: notification of Research Plastics, Inc. patent granting and copy of patent No. 5,628,433 (Dep. Exhibit #53)

27. 05/28/1998 Facsimile from Mark Bamberger to Frank Foster, re: hand drawings of potential changes to tube (Dep. Exhibit #54) [Redundant and for the same reasons set forth in respect to the earlier exhibit]

28. 01/13/1996 Letter from Tom Elston to Mark Bamberger and Andy McGowan, re: Vertical Compression Strength of Caulk Tubes and Specifications; Tip Impact Test Procedure; In Process Monitoring and Quality Control Procedures (Dep. Exhibit #55) [Hearsay; relevance]

29. Federal Packaging Corporation - Georgetown Cartridge Sales by Customer (Dep. Exhibit #58)

30. Federal Packaging Corporation Board Meeting Book (Dep. Exhibit #63)

31. 06/02/1995 Letter from Jim Marquis to Andy McGowan, re: Plastic Cartridge Update (Dep. Exhibit #64)

32. 06/21/1996 Memorandum from Andrew C. McGowan to M. Bamberger, D. Carlson, H. Dill, T. Elston, N. Pfeifer, L. Subler, J. Wack, re: copy of Press Release – Plastic Cartridge (Dep. Exhibit #65)

33. 12/14/1992 Plastic Cartridge Supply Agreement between Federal Packaging Corporation and DAP, Inc. (Dep. Exhibit #66)

34. Amendment to Requirements Agreement between Kardon Industries, Inc. and Federal Packaging Corporation (Dep. Exhibit #67) [Relevance]

35. 05/28/1992 Purchase Order for Federal Packaging Corporation to David Binder at Research Plastics, Inc.; facsimiles from David Binder and Norman Pfeifer regarding pricing. (Dep. Exhibit #69) [Relevance]

36. 02/11/1993 Letter from Norman Pfeifer to David Binder, re: pricing of plunger and the opening of the Fishbach plastic cartridge manufacturing plant in Elizabethtown, KY. (Dep. Exhibit #70) [Relevance]

37. 09/21/1992 Letter from Norman Pfeifer to David Binder, re: customer in-house testing of Research Cartridge, concerns regarding the Research Cartridge. (Dep. Exhibit #71)

38. 09/16/1992 Facsimile from David Binder to Norman Pfeifer, re: requesting results of in-plant testing (Dep. Exhibit #72)

39. Handwritten notes – Deposition in Research Lawsuit, Mark Bamberger (Dep. Exhibit #73)  [Hearsay; relevance]

40. Document stating number of cartridges sold prior to introduction of ribs; a list of Federal Packaging Customers before cartridge had vent ribs; and list of Federal Packaging Customers cartridges with vent ribs have been sold. (Dep. Exhibit #74)

41. 08/01/1997 Letter from Frank H. Foster to Norman Pfeifer, re: Opinion of existing Research Plastics' patents. (Dep. Exhibit #75)

42. 08/01/1989 United States Patent No. 4,852,772 (Dep. Exhibit #76)


43. Georgetown Cartridge Sales By Customer (Exhibit #81, 8-30-1999)

44. Drawing, Federal Packaging Old Style (Exhibit #82, 8-30-1999)

45. Research Plastics, Inc. "Self-Burping" Tube Brochure with handwritten notes (Exhibit #83, 8-30-1999) [Redundant of earlier exhibit]

46. Research Plastics, Inc. "Self-Burping" Tube Brochure (color version) (Exhibit #86, 8-30-1999)

47. Georgetown and New Smyrna Beach – Annual Units, Net Sales, Costs and Operating Income for Ribless, Old Style, New Style. From 1995-2005.(Exhibit #152)

48. FPC/Caraustar Plastic Cartridge Production Summary (Exhibit #153)

49. FPC/Caraustar Plastic Cartridge Production Summary (Exhibit #154)

50. Annual Unit Volume, Sales, Cost, and Profit Margin from 1985-2005 (Exhibit #155) [Relevance]

51. 11/02/1982 United States Patent No. 4,356,935 (Exhibit #158)

52. License Agreement between Kardon Industries, Inc., Containers Limited, and Containers Packaging. (Exhibit #159)

53. Abstract of European Patent No. 351 933 A1 (Exhibit #160)  [Relevance]

54. 02/14/1991 Letter from Norman Pfeifer to Ray Waycott, re: Adjustment of royalty fee for Containers Packaging from Federal Packaging Corporation. (Exhibit #161)

55. 07/06/1992 Letter from Norman Pfeifer to Ray Waycott, re: License Agreement Royalties (Exhibit #162)

56. 06/12/1996 Letter from Norman Pfeifer to Phi Guy, re: interest in license. (Exhibit #165) [Relevance]

57. 09/17/1996 Facsimile from Norman Pfeifer to Phil Guy, re: fulfillment of request for costs (Exhibit #166) [Relevance]

58. 11/16/1993 Facsimile from Frank Bacak to Andy McGowan, re: Royalty September 1993 Quarter (Exhibit #167)

59. 01/27/1989 Letter from Andy McGowan to Memo to File, re: Containers Packaging – Australia (Exhibit #168) [Relevance]

60. 04/30/1992 Letter from Andy McGowan to Norm Pfeifer, re: Containers Ltd. Royalty (Exhibit #169) [Relevance]

61. 12/04/1997 Cartridge Supply Agreement between Federal Packaging Corporation and Coronado Laboratories, Inc. (Exhibit #171)

62. 12/17/1993 Shipper from Research Plastics, Inc. to Coronado Laboratories (Bates No. 500) [Hearsay, relevance]

63. Summarization of phone conversation with Rich Novotny (Bates No. 503) [Hearsay; relevance and produced after the close of discovery]

64. Annual Summary of Tube Shipped, 2000-2005 (Bates No. 504) [Authenticity; hearsay and produced after the close of discovery]

65. Annual Summary of 1040 Tubes Shipped, 1993-1999 (Bates No. 505) [Authenticity; hearsay and produced after the close of discovery]

66. 09/23/1993 Shipper from Research Plastics, Inc. to Coronado Laboratories (Bates No. 506) [Hearsay; relevance and produced after the close of discovery]

67. 05/25/1994 Shipper from Research Plastics, Inc. to Coronado Laboratories (Bates No. 507) [Hearsay; relevance and produced after the close of discovery]

68. 01/27/1998 Letter from Wayne Pulman to Dale Tomazin, Lighthouse Products (Bates No. 508)

69. 01/15/1998 Letter from Wayne Pulman to Tom Kehr, Lighthouse Products with handwritten notes (Bates No. 509) [Authenticity; hearsay and produced after the close of discovery]

70. 01/15/1998 Letter from Wayne Pulman to Tom Kehr, Lighthouse Products (Bates No. 510) [Hearsay; relevance and produced after the close of discovery]

71. 01/28/1997 Letter from David Binder to Loren Plotkin (Bates No.511) [Relevance; hearsay]

72. 01/28/1997 Letter from David Binder to Loren Plotkin (Bates No. 512) [Relevance; hearsay]

73. 01/09/1998 Letter from Wayne Pulman to Robert Taylor with handwritten notes (Bates No. 513) [Authenticity; hearsay; relevance and produced after the close of discovery]

74. Coronado Laboratories chart of tubes produced with Part #, Description of product, Tube #, Color, PMS (Bates No. 514) [Authenticity; hearsay; relevance and produced after the close of discovery]

75. 10/16/2002 Facsimile from David Binder to John Blasko (Bates No. 515) [Authenticity; hearsay; relevance and produced after the close of discovery]

76. 10/16/2002 Letter from Theodore W. Olds to David Binder (Bates Nos. 516-517) [Hearsay; relevance and produced after the close of discovery]

77. Material Purchase Agreement Material Cover Sheet between PPG Industries, Inc. and Research Plastics, Inc. (Bates No. 518) [Authenticity; hearsay; relevance; incompleteness and produced after the close of discovery]

78. 08/17/2000 Letter to Michael Markun, PPG Industries, Inc. (Bates No. 519) [Authenticity; hearsay; relevance; incompleteness and produced after the close of discovery]

79. 04/21/2003 Letter from David Binder to Jan Sprinkle (Bates No. 520) [Authenticity; hearsay; relevance and produced after the close of discovery]

80. 04/21/2003 Letter from David Binder to Jan Sprinkle (Bates No.521) [Authenticity; hearsay; relevance and produced after the close of discovery]

81. Research Plastics, Inc. Plant Visitors Agreement of Secrecy of Confidential Information, signed by Norman Pfeifer of Federal Packaging Corporation (Bates No. R012) [Relevance; prejudicial]

82. Research Plastics, Inc. Plant Visitors Agreement of Secrecy of Confidential Information, signed by Mark E. Bamberger of Kardon Industries, Inc. (Bates No. R015) [Relevance; prejudicial]

83. Research Plastics, Inc. Self Burping Tube Advertisement (Bates No. 526)

84. Research Plastics, Inc. Self Burping Tube Advertisement (Bates No. 527) [Authenticity; hearsay; produced after the close of discovery]

85. Research Plastics, Inc. Self Burping Tube Advertisement (Bates No. 528)

15

86. Dunn & Bradstreet Report for Caraustar Industries Inc. (Bates Nos. 529-532) [Authenticity; prejudicial; hearsay; relevance and produced after the close of discovery]

87. Dunn & Bradstreet Report for Caraustar Industrial & Consumer Products Group Inc. (Bates Nos. 533-534) [Authenticity; prejudicial; hearsay; relevance and produced after the close of discovery]

88. Dunn & Bradstreet Report for Federal Packaging Corporation (Bates No. 535) [Authenticity; prejudicial; hearsay; relevance and produced after the close of discovery]

89. 05/13/1997 United States Patent No. 5,628,433 (Binder Exhibit #2, 06-17-1999)

90. 05/12/1998 United States Patent No. 5,749,499 (Binder Exhibit #3, 06-17-1999)

91. Research Plastic Inc. Standard Cost Sheet (Binder Exhibit #4, 06-17-1999) [Authenticity; hearsay; relevance]

92. 04/29/1996 Facsimile from David Binder to Theodore W. Olds, re: changes to specification for patent application "Caulking Tube Air Escape Structure" (Binder Exhibit #5, 06-17-1999) [Authenticity; hearsay; relevance]

93. File history for United States Patent No. 5,528,433 (Binder Exhibit #6, 06-17-1999)

94. Hand drawing for tube (Binder Exhibit #8, 06-17-1999)

95. File history for United States Patent No. 5.749.499 (Binder Exhibit #9, 06-17-1999)

96. Research Self Burping #1040-300 Cartridge System Document (Binder Exhibit #10, 06-17-1999) [Authenticity; hearsay]

97. Research Self Burping #1040-300 Cartridge System and Product Advantages (Binder Exhibit #11, 06-17-1999) [Authenticity; hearsay]

98. 08/04/1995 Letter from David Binder to Steve Hagar (Binder Exhibit #14, 06-17-1999) [Authenticity; hearsay; relevance]

99. 04/21/1995 Letter from David Binder to Loren Plotkin (Binder Exhibit #15, 06-17-1999) [Authenticity; hearsay; relevance]

100. Research Plastics, Inc. Comparison of Sales 1996/1997 Chart, Quantities Per Month for Gibson-Homans 1996/1997 Chart, and Quantities Per Label for Gibson-Homans 1995-1997 Chart (Binder Exhibit #16, 06-17-1999) [Authenticity; hearsay; relevance]

101. 07/04/1996 Letter from David Binder to Dave Smith (Binder Exhibit #17, 06-17-1999) [Authenticity; hearsay; relevance]

102. 06/15/1993 Facsimile from David Binder to Jeff Sparks, re: Pricing on Research Plastics, Inc. #1040-300 Cartridge System (Binder Exhibit #18, 06-17-1999) [Authenticity; hearsay; relevance]

103. Research Plastics, Inc. Tube Shipped Per Customer Chart (Binder Exhibit #19, 06-17-1999) [Authenticity; hearsay]

104. Research Plastic Inc. Standard Price List, effective January 1997 (Binder Exhibit #20, 06-17-1999) [Authenticity; hearsay; relevance]

105. Research Plastic Inc., 1040 Self Burping Tube 1997/1998 chart showing increases or decreases per customer (Binder Exhibit #21, 06-17-1999) [Hearsay]

106. Research Plastic Inc., 1040 Tubes Shipped 1993-1998 to Gibson-Homans, Home Hardware, and Pecora (Binder Exhibit #22, 06-17-1999) [Hearsay]

107. 11/25/1997 Facsimile from David Binder to Scott Carlisle (Binder Exhibit #24, 06-17-1999) [Hearsay; incompleteness]

108. Expert opinion of John Sase dated 14 September, 1999 [Competence; relevance]

109. Expert opinion of John Sase dated 8 February, 2006. Further, excerpts from this opinion may also be separately utilized as display materials. [Competence; relevance and as set forth in Motion in Limine]

110. Expert opinion of Kevin Rutherford dated 17 September, 1999. [Relevance]

111. Concurrence in Mr. Rutherford's expert opinion by Richard Grauer dated 15 February, 2006.

112. Claim limitation table as per Judge Cohn's ruling on claim interpretation, and revised as per the Federal Circuit decision for use as testimony exhibit. [Relevance; hearsay]

113. R010-011 Federal Packaging plunger ad.

114. R0146 2/6/92 letter regarding purchase of Research to Frederick Binder from Federal Packaging. [Relevance]

115. R169-172 Presentation 6/1/98 – Research to Gibson Homans [Relevance; hearsay]

116. R259-261 Letter David Binder to David Smith 2/19/1993 [Relevance; hearsay]

117. D0077 Memo re: Sonoco plastic plungers dated 5/27/1987 Leister to Pfeiffer, et al. [Authenticity, relevance, hearsay]

118. D97 Ribless Kardon tube drawing 6/9/1992.

119. D177-178 – Memo 9/11/1994 re: White Lightening by Norm Pfeiffer.

120. Sample of Federal's old style tube and photographs.

121. Sample of Federal's new style tube and photographs.  Notably with regard to both the samples of Federal's old style and new style tubes, Research's samples were destroyed at the close of the summary judgment phase.  As understood, Federal has only one old style tube left, and has yet to produce an additional new style tube to Research.

122. Sample of Research Plastics' tube.  Again, the original exhibit has been destroyed, however, Research will supply new tubes.

123.  Research notes that it may rely on any document on Federal's Exhibit List.

124.  Research notes that it may rely on any document previously produced in this litigation as a rebuttal exhibit.

125.  Research notes that it may rely on any other rebuttal exhibit.

**Defendant Federal Packaging's Exhibit List**

DEFENDANT FEDERAL PACKAGING, INC.
PROPOSED EXHIBIT LIST
[Plaintiff's Objections In Brackets]

| EXH. NO. | BATES/ DEP EX. NUMBER | DOCUMENT DATE | DOCUMENT TYPE | PATENT/APPLICATION | | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | NUMBER | COUNTRY | |
| 500 | D00001 | 09-24-86 | Quotation | | | Kardon Industries Tool Quotation to CC&T for Mac Plunger #(0429) [Hearsay; relevance] |
| 501 | D00010 | | Advertise | | | Advertisement for Research #1040 Self-Burping Tube with handwritten notes |
| 502 | D00014-D00015 | 06-12-86 | Memo | | | Kardon Intra-Office Correspondence from Elston to Brewster re: McCormick Plastic Top Can |
| 503 | D00030 | 05-28-98 | Memo | | | Fax Memorandum Bamberger to Foster re: patent rib design |
| 504 | D00031-D00032 | 01-08-97 | Drawing | | | AMP Inc. Drawing No. 12900 Caulk Tube Core - Handwritten Note and Drawing to Frank re: proto-type core |
| 505 | D00033 | 02-04-97 | Drawing | | | Federal Packaging Drawing No. 5124A 2000 for One Piece Molded Caulk Tube |
| 506 | D00034 | 03-14-94 | Letter | | | McGowan to Bamberger re: Baltimore Trip - Plastic Cartridge Trial |

| 507 | D00041-D00044 | 05-03-88 | Chart | | | Kardon Industries, Inc. Concept Generation Design Categories List |
| 508 | D00054 | 09-22-88 | Memo | | | Kardon IntraOffice Memo from Neal Leister to Norm Pfeifer re: Plastipak [Relevance; hearsay] |
| 509 | D00055 | 11-03-88 | Memo | | | Kardon IntraOffice Memo from J. Thomas Elston to Andy McGowan re: Cappers for Straightwall Breakaway Plungers [Relevance] |
| 510 | D00063-D00064 | 11-08-88 | Memo | | | Kardon IntraOffice Memo from J. Thomas Elston to Eric Carlson re: 16-Hole/Hardee's |
| 511 | D00068 | 10-02-85 | Memo | | | Kardon IntraOffice Memo from A.C. McGowan to See Distribution re: McDonald's Update |
| 512 | D00069-D00073 | Undated | Timeline | | | Kardon Co History Timeline 1976 - 1986 |
| 513 | D00078-D00083 | 05-28-97 | Letter | | | Ted Olds to Norman Pfeifer re: Research Plastics, Inc. United States Patent No. 5,628,433 and facsimile page from Norm Pfeifer to Mark Bamberger |
| 514 | D00137 | 05-29-92 | Agenda | | | Plastic Cartridge Meeting Agenda |
| 515 | D00140-D00144 | 05-28-92 | Memo | | | Federal IntraOffice Memo from Norm Pfeifer to Judy Lowe re: Research Plastic (Purchase Order No. 02845) |

| 516 | D00168-D00169 | 02-12-96 | Memo | | | Memo from Andrew McGowan to Mark Bamberger re: GE Testing of FPC Plastic Ctg. with attached testing result [Relevance] |
|---|---|---|---|---|---|---|
| 517 | D00174-D00175 | 08-27-96 | Memo | | | Memo from Andrew McGowan to Wayne Gore re: Possible Plastic Cartridge Plant Locations with map of eastern United States |
| 518 | D00200-D00202 | 12-01-14 | Patent | 1,119,033 | US | E. E. Paddock Grease Gun (§282 Notice - 07-07-99) |
| 519 | D00203-D00205 | 10-20-25 | Patent | 1,5557,837 | US | G. N. Hein Hypodermic Syringe (§282 Notice - 07-07-99) |
| 520 | D00206-D00210 | 02-09-37 | Patent | 2,070,206 | US | J. E. Hudson Method Of And Apparatus For Supplying Ink To Printing Presses (§282 Notice - 07-07-99) |
| 521 | D00211-D00215 | 01-25-44 | Patent | 2,340,024 | US | H. G. Skaller Sterilizer Container (§282 Notice - 07-07-99) |
| 522 | D00216-D00218 | 08-19-52 | Patent | 2,607,344 | US | F. E. Brown Syringe Assembly (§282 Notice - 07-07-99) |
| 523 | D00219-D00224 | 11-22-55 | Patent | 2,724,385 | US | M. L. Lockhart Ointment Depositors (§282 Notice - 07-07-99) |
| 524 | D00225-D00230 | 12-01-59 | Patent | 2,915,226 | US | E. P. Sundholm Grease Gun (§282 Notice - 07-07-99) |

| 525 | D00231-D00234 | 02-14-61 | Patent | 2,971,802 | US | R. E. Kennemer, et al Grooved Cylinder Liner For Reduced Ring Groove Wear (§282 Notice - 07-07-99) |
| 526 | D00235-D00238 | 04-04-61 | Patent | 2,978,151 | US | E. P. Sundholm Multi-Fill Grease Gun (§282 Notice - 07-07-99) |
| 527 | D00239-D00244 | 01-16-62 | Patent | 3,016,896 | US | W. E. Van Sickle Disposable Hypodermic Syringe (§282 Notice - 07-07-99) |
| 528 | D00245-D00247 | 04-06-65 | Patent | 3,176,886 | US | E. G. Worden Pressure Gun With Air Release And Filler (§282 Notice - 07-07-99) |
| 529 | D00248-D00251 | 12-13-66 | Patent | 3,291,128 | US | J. G. O'Neil Hypodermic Syringe Construction With Sealable Vent Means (§282 Notice - 07-07-99) |
| 530 | D00252-D00254 | 01-10-67 | Patent | 3,297,184 | US | J. P. Andelin Cap For Culture Tubes (§282 Notice - 07-07-99) |
| 531 | D00255-D00258 | 09-02-69 | Patent | 3,464,575 | US | V. Arslanian, et al Container Closure (§282 Notice - 07-07-99) |
| 532 | D00259-D00262 | 05-07-74 | Patent | 3,809,280 | US | W. A. Park, et al Closures For Containers (§282 Notice - 07-07-99) |

| 533 | D00263-D00266 | 05-07-74 | Patent | 3,809,298 | US | R. J. Harris, Sr., et al<br>Syringe<br>(§282 Notice - 07-07-99) |
|---|---|---|---|---|---|---|
| 534 | D00267-D00271 | 09-10-74 | Patent | 3,834,387 | US | A. M. Brown, et al<br>Breech Loaded Syringe With Deformable Piston<br>(§282 Notice - 07-07-99) |
| 535 | D00272-D00276 | 03-16-76 | Patent | 3,943,917 | US | E. Johansen<br>Method For Collecting Blood Samples<br>(§282 Notice - 07-07-99) |
| 536 | D00277-D00281 | 06-01-76 | Patent | 3,960,139 | US | D. L. Bailey<br>Syringe Device With Means For Removing Contaminates When Drawing Blood Sample<br>(§282 Notice - 07-07-99) |
| 537 | D00282-D00288 | 05-23-78 | Patent | 4,090,646 | US | J. A. Dubiel, et al<br>Soft Food Dispenser<br>(§282 Notice - 07-07-99) |
| 538 | D00289-D00293 | 10-17-78 | Patent | 4,120,128 | US | M. Pauls<br>Arrangement For Securing Objects To Support  Structures With Multi-Component Hardenable Binder Material<br>(§282 Notice - 07-07-99) |
| 539 | D00294-D00300 | 01-30-79 | Patent | 4,136,801 | US | S. Pavenick<br>Replaceable Cartridge For A Dispenser<br>(§282 Notice - 07-07-99) |
| 540 | D00301-D00305 | 01-15-80 | Patent | 4,183,457 | US | W. A. Loughley, et al<br>Shrink Tape Closure<br>(§282 Notice - 07-07-99) |

| 541 | D00306-D00310 | 02-26-80 | Patent | 4,190,170 | US | E. J. Boyd<br>Snuff Can And The Like<br>(§282 Notice - 07-07-99) |
|---|---|---|---|---|---|---|
| 542 | D00311-D00317 | 06-10-80 | Patent | 4,206,768 | US | D. L. Bailey<br>Syringe Device With Means For Selectively Isolating  A Blood Ample After Removal Of Contaminates<br>(§282 Notice - 07-07-99) |
| 543 | D00318-D00325 | 01-10-84 | Patent | 4,424,817 | US | C. D. Williams<br>Syringe With Means For Automatically Sealing A  Blood Sample Within The Syringe<br>(§282 Notice - 07-07-99) |
| 544 | D00326-D00335 | 02-25-86 | Patent | 4,572,210 | US | R. J. McKinnon<br>Syringe With Means For Allowing Passage Of Air  While Preventing The Passage Of Blood To Obtain A Gas-Free Blood Sample<br>(§282 Notice - 07-07-99) |
| 545 | D00336-D00341 | 09-15-87 | Patent | 4,693,706 | US | J. F. Ennis, III<br>Two Compartment Mixing Syringe<br>(§282 Notice - 07-07-99) |
| 546 | D00342-D00348 | 12-29-87 | Patent | 4,715,854 | US | V. L. Vaillancourt<br>Multidose Disposable Syringe And Method Of Filling Same<br>(§282 Notice - 07-07-99) |
| 547 | D00349-D00354 | 08-02-88 | Patent | 4,760,936 | US | R. J. Mueller<br>Ventable Container<br>(§282 Notice - 07-07-99) |
| 548 | D00355-D00365 | 12-20-88 | Patent | 4,792,066 | US | N. Kobayashi<br>Chemical Liquid Injector<br>(§282 Notice - 07-07-99) |

| 549 | D00366-D00372 | 06-19-90 | Patent | 4,934,570 | US | M. E. Bamberger, et al<br>Container Closure With<br>Breakaway Plunger And<br>Diffusing Container<br>Incorporating The Same<br>(§282 Notice - 07-07-99) |
| 550 | D00373-D00376 | 08-28-90 | Patent | 4,951,848 | US | W. A. Keller<br>Viscous Material Dispenser<br>With Vented Delivery Piston<br>(§282 Notice - 07-07-99) |
| 551 | D00377-D00386 | 10-15-91 | Patent | 5,056,690 | US | T. Ichihara, et al<br>Dispensing Container For<br>Viscous Material<br>(§282 Notice - 07-07-99) |
| 552 | D00387-D00395 | 12-22-92 | Patent | 5,172,807 | US | W. B. Dragan, et al<br>Cement Mixing Capsule<br>(§282 Notice - 07-07-99) |
| 553 | D00396-D00402 | 11-01-94 | Patent | 5,360,146 | US | K. Ikushima<br>Liquid Dispenser Plunger<br>(§282 Notice - 07-07-99) |
| 554 | D00403-D00413 | 12-20-94 | Patent | 5,374,557 | US | K. Verma<br>Fermentation Vessels And<br>Closures Therefor<br>(§282 Notice - 07-07-99) |
| 555 | D00414-D00425 | 01-31-95 | Patent | 5,385,274 | US | G. L. Twyman<br>Mortar Composition And<br>Extrusion Gun<br>(§282 Notice - 07-07-99) |
| 556 | D00428-D00451 | 12-20-79 | Agreement | | | License Agreement between<br>Kardon Industries and<br>Containers Limited |

| 557 | D00456-D00460 | 09-07-93 | Patent | 5,242,091 | US | Nobuo Ishida, et al Sealant Cartridge (§282 Notice - 01-12-06) |
|-----|---------------|----------|--------|-----------|----|----|
| 558 | D00461-D00469 | 04-22-97 | Patent | 5,622,288 | US | David E. Boring Cartridge Plunger With Surface Cleaning Skirt (§282 Notice - 01-12-06) |
| 559 |  | 08-01-89 | Patent | 4,852,772 | US | James F. Ennis III Dispenser For Viscous Fluids (§282 Notice - 01-12-06) |
| 560 |  | 10-05-93 | Patent | 5,249,709 | US | George J. Duckworth, et al Cartridge System For Dispensing Predetermined Ratios Of Semi-Liquid Materials (§282 Notice - 01-12-06) |
| 561 | R000002 | 05-1999 | Cost Sheet |  |  | Research Plastic, Inc. Standard Cost Sheet Part No. 1040-300-16 |
| 562 | R000004 | Undated | Show Exhibit Brochure |  |  | Research Self Burping #1040-300 Cartridge System |
| 563 | R000025-R000027 | 01-23-96 | Memo |  |  | Facsimile page and Fulks (Dow Corning) Memo to Pulman re: Summary of Recent Cartridge Testing |

| | | | | | | |
|---|---|---|---|---|---|---|
| 564 | R000029-R000030 | 11-25-96 | Memo Chart | | | Facsimile page Mota Memo to Binder re: sample caulking tube; Chart - Dynamic Compression Testing of Caulking Tube for Research Plastic Inc. [Relevance; Hearsay] |
| 565 | R000033-R000036 | 08-01-96 | Letter Chart | | | Mota Letter to Pulman re: Report of Silicone Cure Test Caulking Tubes; Chart - Cure Testing of Silicone Tubes [Relevance; hearsay] |
| 566 | R000037-R000042 | 01-18-90 | Letter Charts | | | Mota Letter to Binder re: Impact Performance of Caulking Tubes; Charts - Research Plastic Inc. Caulking Tube Impact Performance Summary of Results [Hearsay; relevance] |
| 567 | R000047-R000057 | 08-08-97 | Letter | | | Schmitz (Glidden Legal Affairs) to Binder re: infringement of patent 5,582,331 - facsimile page - Vanmoor v. Wal-Mart - Information page on subjects covered by interrogatories - copy of patent 5,582,331 |
| 568 | R000072-R000073 | 09-12-92 | Memo | | | Facsimile report and Binder Memo to Brown (Home Hardware) re: Research Plastic Proposal To Provide A Plunger Stop At Bottom Of Tube |
| 569 | R000075-R000080 | 04-29-96 | Memo | | | Binder Memo to Olds re: changes to patent application; Draft patent changes |

| 570 | R000105 | 12-01-97 | Letter | | | Binder Letter to Coronado Laboratories re: Research #1040-300* Style Cartridge System: Price List and Product Advantages |
| 571 | R000109-R000110 | 04-21-95 | Letter | | | Binder Letter to Coronado Laboratories re: estimated costs for molding and decorating of tubes/estimated cost for equipment and tooling |
| 572 | R000112 | 07-29-97 | Letter | | | Crupper (Red Devil) letter to Pulman re: search for cartridge supplier [Hearsay] |
| 573 | R000113-R000115 | 06-24-97 | Memo | | | Binder memo to Crupper re: Confidential pricing on Research cartridge systems and Price Lists |
| 574 | R000116 | 06-12-97 | Letter | | | Pulman Letter to Crupper re: enclosed samples of tubes and plungers |
| 575 | R000117-R000118 | 12-01-97 | Memo | | | Binder Memo to Crupper re: revised pricing list; Revised Price List |
| 576 | R000119 | 11-24-98 | Letter | | | Binder Letter to Crupper re: Quotation for Style Cartridge System |
| 577 | R000135 | 06-09-98 | Letter | | | Pfeifer Letter to Binder re: future discussion of patents and infringement |

| 578 | R000169-R000172 | 06-01-98 | Agenda | | | Agenda for Presentation to Gibson Homans |
|---|---|---|---|---|---|---|
| 579 | R000173 | 11-26-97 | Memo | | | Binder Memo to Irby (Gibson) re: revised proposal for 1998 |
| 580 | R000174-R000177 | 11-11-96 | Memo | | | Binder Memo to Irby (Gibson) re: confidential pricing proposal; Pricing Memo and Pricing Proposal |
| 581 | R000178 | 08-15-96 | Letter | | | Binder Letter to Jamison (Sealant Technology) re: cartridge pricing |
| 582 | R000203 | 11-20-95 | Memo | | | File Memo re: Gibson reaction to produce |
| 583 | R000213 | 11-26-97 | Letter | | | Binder facsimile Letter to Irby (Gibson) re: revised proposal for 1998 |
| 584 | R000247 | 07-14-95 | Memo | | | Pulman Memo to Binder re: telephone conversation with Weitzel (Sherwin Williams) re: in part, Federal Packaging |
| 585 | R000269-R000270 | 04-21-98 | Letter | | | Binder facsimile Letter to Sanders (White Lightning) re: price quotation |
| 586 | R000502 | 10-16-02 | Letter | | | Binder Letter to Dawn Madison (Glidden) re: misinformation regarding self-burping tube |

| 587 | R000508 | 01-27-98 | Letter | | | Pulman Letter to Dale Tomazin (Lighthouse) re: plastic injection moulded cartridges |
|---|---|---|---|---|---|---|
| 588 | R000509 | 01-15-98 | Letter Handwritten Notes | | | Pulman Letter with handwritten notes to Tom Kehr (Lighthouse) re: color cartridges |
| 589 | R000510 | 01-15-98 | Letter | | | Pulman Letter without handwritten notes to Tom Kehr (Lightouse) re: color cartridges |
| 590 | R000511 | 01-28-97 | Letter | | | Binder Letter to Loren Plotkin (Coronado) re: Price Schedule |
| 591 | R000512 | 01-28-97 | Letter | | | Binder Letter to Loren Plotkin (Coronado) re: Price Schedule |
| 592 | R000519 | 08-17-00 | Letter | | | First Page of Letter to PPG Industries re: proposal |
| 593 | R000526 | | Advertise | | | Research Plastic Self Burping Tube Advertisement |
| 594 | RES 30(b)(6) D. Binder 6 06-17-99 | | File History | | | File History For United States Patent No. 5,528,433 |
| 595 | RES 30(b)(6) D. Binder 8 06-17-99 | | Drawing | | | Hand drawing for tube |
| 596 | RES 30(b)(6) D. Binder 9 06-17-99 | | File History | | | File History For United States Patent No. 5,749,499 |

| 597 | RES 30(b)(6) D. Binder 10 06-17-99 | | Show Exhibit Brochure | | | Research Self Burping #1040-300 Cartridge System |
| 598 | RES 30(b)(6) D. Binder 11 06-17-99 | | Show Exhibit Brochure | | | Research Self Burping #1040-300 Cartridge System and Product Advantages |
| 599 | RES 30(b)(6) D. Binder 19 06-17-99 | | Chart | | | Research Plastic, Inc. Tubes Shipped/ Customer |
| 600 | RES 30(b)(6) D. Binder 24 06-17-99 | | Memo | | | Facsimile Memo from Binder to Scot Carlisle re: Revised #1040 Quote |
| 601 | RES 30(b)(6) F. Binder 26 06-18-99 | 12-05-92 | Drawing | | | Research Plastic Drawing Part: B40 Plunger |
| 602 | RES 30(b)(6) F. Binder 27 06-18-99 | 12-05-92 | Drawing | | | Research Plastic Drawing Part: 1040-300-16 Caulking Tube |
| 603 | RES 30(b)(6) F. Binder 28 06-18-99 | 05-09-99 | Drawing | | | Research Plastic Drawing Part: 1040-300-16 Caulking Tube |
| 604 | RES 30(b)(6) F. Binder 29 06-18-99 | 02-14-99 | Drawing | | | Research Plastic Drawing Part: 1050-300-16B Caulking Tube |
| 605 | RES 30(b)(6) F. Binder 30 06-18-99 | 05-09-99 | Drawing | | | Research Plastic Drawing Part: SF40C Plunger |
| 606 | RES 30(b)(6) F. Binder 31 06-18-99 | 12-05-92 | Drawing | | | Research Plastic Drawing Part: A50 Plunger |
| 607 | RES 30(b)(6) F. Binder 32 06-18-99 | 10-27-93 | Drawing | | | Research Plastic Drawing Part: SF40 Plunger |

| 608 | RES 30(b)(6) F. Binder 33 06-18-99 | 03-07-96 | Drawing | | | Research Plastic Drawing Part: LG40 Plunger |
|---|---|---|---|---|---|---|
| 609 | RES 30(b)(6) F. Binder 34 06-18-99 | 03-07-96 | Drawing | | | Research Plastic Drawing Park: G40 Plunger |
| 610 | Bamberger 54 06-30-99 | 05-28-98 01-08-97 | Memo Drawing and Note | | | Fax Memorandum Bamberger to Foster re: patent rib design AMP Inc. Drawing No. 12900 Caulk Tube Core - Handwritten Note and Drawing to Frank re: proto-type core |
| 611 | Bamberger 55 06-30-99 | 01-13-96 | Memo | | | Revised Federal IntraOffice Memo from Tom Elston to Mark Bamberger and Andy McGowan re: Vertical Compression Strength of Caulk Tubes |
| 612 | FPC 30(b)(6) Pfeifer 6 03-08-99 | 01-11-99 | Purchase Order | | | Kardon Purchase Order with handwritten notes [Hearsay; relevance] |
| 613 | FPC 30(b)(6) Pfeifer 7 03-08-99 | 06-1986 | Drawing | | | Kardon Drawing No. 1403 3-1/8" Plunger-Ribbed |
| 614 | FPC 30(b)(6) Pfeifer 8 03-08-99 | 02-1991 | Drawing | | | Federal Packaging Drawing No. PP-09 Air Expelling Plunger (M'T'L: HDPE) |
| 615 | FPC 30(b)(6) Pfeifer 9 03-08-99 | 06-09-86 | Drawing | | | Kardon Purchase Material Specification Drawing for K Standard Plunger |
| 616 | FPC 30(b)(6) Pfeifer 11 03-08-99 | 06-12-86 | Memo | | | Kardon Intra-Office Correspondence from Elston to Bamberger re: McCormick Plastic Tops and Plunger |

| 617 | FPC 30(b)(6) Pfeifer 12 03-08-99 | 07-25-86 | Memo | | | Kardon Intra-Office Correspondence from Elston to Hale re: 3-1/8" Plunger |
|---|---|---|---|---|---|---|
| 618 | FPC 30(b)(6) Pfeifer 13 03-08-99 | 01-11-99 | Purchase Order | | | Kardon Purchase Order without handwritten notes |
| 619 | FPC 30(b)(6) Pfeifer 15 03-08-99 | 06-1986 | Drawing | | | Kardon Drawing No. 1403 3-1/8" Plunger-Ribbed |
| 620 | FPC 30(b)(6) Pfeifer 18 03-08-99 | | Brochure | | | Federal Packaging Corporation Product Brochure |
| 621 | FPC 30(b)(6) Pfeifer 29 03-08-99 | 06-11-97 | Letter | | | Frank Foster to Theodore W. Olds re: USPN 5,628,433 to Research and USPN 4,934,570 to Bamberger |
| 622 | FPC 30(b)(6) Pfeifer 31 03-08-99 | 01-15-99 | Memo | | | Memorandum from McGowan to Pfeifer re: Research Interrogatories Nos. 10 and 13 |
| 623 | FPC 30(b)(6) Pfeifer 32 03-08-99 | 02-02-88 | Memo | | | Kardon Intra-Office Correspondence from Elston to McGowan re: Curled Can with Plastic Plunger - Ship Test |
| 624 | FPC 30(b)(6) Pfeifer 33 03-08-99 | 02-11-88 | Memo | | | Kardon Intra-Office Correspondence from Elston to McGowan re:  Curled Can test |
| 625 | FPC 30(b)(6) Pfeifer 36 03-08-99 | 03-14-88 | Memo | | | Kardon Intra-Office Correspondence from Mary E. Massey to Elston re: 95# Ring Results with handwritten notes |

| 626 | FPC 30(b)(6) Pfeifer 40 03-08-99 | 06/07-1998 | Article | | | DeLorenzo, Josephine A. "New Tube Design Improves Productivity," *Adhesives & Sealants Industry*, Jun3/July 1998, pp. 52-53 |
| 627 | FPC 30(b)(6) Pfeifer 47 03-08-99 | 06-11-97 | Memo | | | David Binder to Loren Plotkin re: Research announcement of obtaining patent on #1040 Self Burping tube |
| 628 | FPC 30(b)(6) Pfeifer 59 06-30-99 | 08-27-87 | Memo | | | Kardon IntraOffice Memo from Jim Wack to Andy McCowan re: McCormick Cartons Inventory |
| 629 | FPC 30(b)(6) Pfeifer 62 06-30-99 | 11-08-88 | Memo | | | Kardon IntraOffice Memo from J. Thomas Elston to Eric Carlson re: 16-Hole/Hardee's |
| 630 | FPC 30(b)(6) Pfeifer 75 06-30-99 | 08-01-97 | Letter | | | Frank Foster to Norman Pfeifer re: Research Plastic patents |
| 631 | | 08-17-99 | Expert Report | | | Expert Report of Joseph G. Burgess |
| 632 | | | Expert Report | | | Rebuttal Expert Report of Bruce Correll |
| 633 | | | Expert Report | | | Expert Report of Bruce Correll dated March 8, 2006 |
| 634 | | | Physical Exhibit | | | Fluent Cartridge and Plunger noted as Deposition Exhibits 3, 4 and 23 |

| 635 | | | Physical Exhibit | | | Plunger with ribs for fluent cartridges |
|-----|--|--|------------------|--|--|------------------------------------------|
| 636 | | | Physical Exhibit | | | Sealright Fluent Tube |
| | | | | | | Federal Packaging notes that it may rely on any document on Research Plastic's Exhibit List |
| | | | | | | Federal Packaging notes that it may rely on any document previously produced in this litigation as a rebuttal exhibit |
| | | | | | | Federal Packaging notes that it may rely on any other rebuttal document |

## DAMAGES

Research is entitled by statute to damages adequate to compensate for the infringement by Federal.  The damage award in this case should restore Research to a position it would have been in if Federal had not infringed Research's patents.  In addition, interest should be added to each of these amounts.

Research is entitled to lost profits for the sales it would have made but for Federal's sale of the old style tube.  As supported in the supplemental expert opinion of John Sase, and taking interest in account, these damages amount to:

$722,860

Further, Research is entitled to the lost profits for the sales it would have made but for the infringement by Federal's sale of the new style tube.  Again, taking interest into account, these damages as supported by the supplemental expert report of John Sase are:

$2,427,519

35

In the event it is found that Research is not entitled to its lost profits, then a reasonable royalty for the sale of the old style tube, and interest, and again supported by Mr. Sase' supplemental opinion the amount of:

$170,630

Further, a reasonable royalty for the sale of the new style tubes and as supported by Mr. Sase' supplemental opinion in the amount of:

$573,010

Should it be found that the new style tube does not infringe the '499 under the doctrine of equivalents, Research should be awarded its lost profits for the first two years of sales of the new style tube, as Federal would not have been able to make these sales without its earlier infringement by the old style tube. As supported by the expert opinion of Mr. Sase, these damages amount to:

$904,652

Further, Research is entitled to its lost profits for the first year of sale of ribless tubes by Federal to Coronado Labs in Florida as it only gained these sales by utilizing the infringing old style tubes to convince Coronado to allow Federal to have the contract. In the absence of this infringing use, Research would have gained these sales. As supported by the expert opinion of Mr. Sase, these damages amount to:

$537,930

Also, the infringing sales by Federal have caused Research to have its price for the inventive tube erode. This price erosion amounts to at least one cent per tube. As supported by the supplemental opinion by Mr. Sase, these damages amount to:

$1,632,548

Research also claims damages in an amount equal to the attorney fees and costs incurred during this litigation, which amount will be determined by proofs offered at trial.

Federal Packaging has willfully infringed the Research Plastics patents. Therefore, Research Plastics is entitled to treble damages. Research Plastics further asserts that this is

an exceptional case under 35 U.S.C. §285. Research Plastics is entitled to attorney fees, prejudgment interest and costs, in addition to any damage award.

Defendant's Statement Of Damages

A.    Federal contests Research's damage claims and states Research is entitled to no damages.

## TRIAL

This controversy is to be resolved by a jury.

The estimated time of the trial is as follows:  3 days liability; 2 days damages

Defendant's Statement

A.    Defendant Federal Package estimates a trial 3 to 4 days in length for liability.

## SETTLEMENT

The parties have conferred and discussed whether it is possible to settle this matter on several occasions.  Those discussions have not proven fruitful.

## TRIAL BRIEFS, FINDINGS AND INSTRUCTIONS

The parties propose that trial briefs and requests for jury instructions will be filed on the day of trial, unless otherwise ordered by this Court.

## JUROR COSTS ATTRIBUTABLE TO PARTIES

The parties acknowledge that the Court may assess juror expenses under LR 38.3.

For Research Plastics, Inc.

CARLSON, GASKEY & OLDS, P.C.

By: _____
Theodore W. Olds, III (P42004)
Thomas M. McGuire (P17432)
400 West Maple Road, Suite 350
Birmingham, MI 48009
248-988-8360

Dated: March 14, 2006

For Federal Packaging Corp.

WARN, HOFFMAN, MILLER & LALONE

By: _____
Richard W. Hoffmann (P42352)
691 North Squirrel, Ste. 140
Auburn Hills, MI 48326
248-364-4300

Final Pretrial Order is hereby approved by this Court.

_____ 3/14/06
HON. AVERN COHN

G:\q-r\research\ip00003\pleadi\Joint Final Pre-Trial Order.doc